**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 04-7999**

───────────

AMOS HENRY JORDAN,

                              Petitioner - Appellant,

        versus

ALBERTO R. GONZALES, Attorney General of the
United States of America,

                              Respondent - Appellee.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Henry M. Herlong, Jr., District
Judge.  (CA-04-126-2-20AJ)

───────────

Submitted:  June 9, 2005            Decided:  June 14, 2005

───────────

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Amos Henry Jordan, Appellant Pro Se.  Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Amos Henry Jordan, a federal prisoner, appeals the district court's order adopting the report and recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jordan v. Ashcroft, CA-04-126-2-20AJ (D.S.C., filed Oct. 29, 2004; entered Nov. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED